IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00411-WYD-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

R. WILEY, Warden,
BAUER, Captain, Health Services Administrator, and
S. NAFZIGER, M.D., Clinical Director,

Defendants.
_____

**ORDER**
_____

On February 28, 2008, the plaintiff was permitted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Doc. #2], and his Prisoner Complaint was accepted for filing [Doc. #3]. On April 9, 2008, the district judge ordered the United States Marshal to serve the defendants [Doc. #8]. On April 24, 2008, the Supervisory Attorney for the Bureau of Prisons, Christopher Synsvoll, returned the waiver of service for S. Nafziger, stating that Mr. Nafziger is no longer employed by the Federal Bureau of Prisons [Doc. #12]. Mr. Synsvoll did not provide a forwarding address for Mr. Nafziger. Accordingly,

IT IS ORDERED that the defendants shall provide the Court with the last known address of defendant S. Nafziger on or before **May 12, 2008**.

Dated April 29, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge