IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00411-WYD-BNB

JAMES SCOTT DALY,

    Plaintiff,

    v.

R. WILEY, WARDEN
BAUER, CAPTAIN, HEALTH SERVICES ADMINISTRATOR
S. NAFZIGER, CLINICAL DIRECTOR

    Defendants.

## ORDER RE: NOTICE OF UNDER SEAL SUBMISSION

    The Court, has considered the Notice of Under Seal Submission filed by Defendant Wiley and the fact Plaintiff has no objection to the submission being sealed. Finding good cause for the request to seal, the Court hereby orders that Dr. Nafziger's address is accepted under seal and shall not be placed in the public portion of the Court's file. Furthermore, if it becomes necessary to share Dr. Nafziger's address with the U.S. Marshal, the U.S. Marshal is directed to redact or remove the address from any proof of services or attempts at service.

    Dated: May 19, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge