IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00411-PAB-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

R. WILEY, WARDEN,
BAUER, CAPTAIN, HEALTH SERVICES ADMINISTRATOR, and
S. NAFZIGER, CLINICAL DIRECTOR,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Modify, Limit and/or Narrow the Scope of Plaintiff's Motion to Compel** [docket no. 64, filed June 16, 2009] (the "Motion"). In light of my Order entered June 11, 2009, docket no. 63, denying plaintiff's previous Motion to Compel,

IT IS ORDERED that this Motion is DENIED AS MOOT.

DATED: June 19, 2009