IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00411-PAB-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

R. WILEY, Warden,
BAUER, Captain, Health Services Administrator, and
S. NAFZIGER, M.D., Clinical Director,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Supplement Plaintiff's Final Pretrial Order Exhibit List** [Doc. #80, filed 10/15/2009] (the "Motion").  The plaintiff seeks to supplement the final pretrial order exhibit list.  He further seeks to submit a supplemental disclosure under Rule 26, Fed. R. Civ. P.

The plaintiff's request to supplement the final pretrial order is denied without prejudice as premature.  The pretrial conference set for August 18, 2009, was vacated [Doc. #73].  Although a proposed pretrial order was tendered on August 11, 2009, it has not been signed.  Accordingly, there is no pretrial order in place.

The plaintiff's request to submit supplemental Rule 26 disclosures is denied.  Discovery materials shall not be filed with the Court.  Fed. R. Civ. P. 5(d).

SO ORDERED.

Dated October 22, 2009.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge